**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**

| | |
|---|---|
| IN RE: AQUEOUS FILM-FORMING FOAMS PRODUCTS LIABILITY LITIGATION | MDL No.  2:18-mn-2873-RMG |

## SHORT FORM COMPLAINT AND JURY DEMAND

The Plaintiffs named herein through Exhibit A file this Short Form Complaint and Jury Demand against Defendants named below by and through their undersigned counsel and as permitted by Case Management Order ("CMO") No. 35.  This Short Form Complaint is being utilized, permitted and filed in the interests of judicial economy and takes an abbreviated form. Whether and when there will be non-short form complaints and answer(s) will be the subject of further discussions among counsel and the Court.  Plaintiffs' Leadership and Defendants' Leadership have stipulated and agreed that at this time and until further Order of the Court, they will not assert that any Short Form Complaint (1) fails to state a cognizable cause of action, (2) fails to state a claim upon which relief may be granted, (3) fails to plead allegations with sufficient particularity, or (4) any other defenses related to insufficiency of pleadings. Plaintiffs' Leadership and Defendants' Leadership have further stipulated and agreed that until further Order of the Court, they will not file motions pursuant to Rule 12(b)(6) against any filed Short Form Complaints asserting a failure to plead allegations with specificity, or failing to meet the requirements of Fed. R. Civ. P. 8. Motion practice on the individual personal injury Complaints subject to this Order shall be stayed and may proceed only upon leave of Court and with the protections afforded under CMO 35.  Use of this Short Form Complaint will not be permitted after the expiration of the Filing Facilitation Window as set forth by this Court in CMO 35.

## Plaintiffs

1. Plaintiffs listed in attached Exhibit A allege exposure to Perfluoroalkyl and Polyfluoroalkyl Substances ("PFAS") due to Aqueous Film-Forming Foam ("AFFF"). As a result of exposure to AFFF, Plaintiffs (and/or Decedents) endured pain and suffering, emotional distress, mental anguish, economic injuries, and personal injuries as described below.

2. Plaintiffs allege the plaintiff-specific information listed in Exhibit A.

## Defendants

3. Plaintiffs bring suit against the following defendants (list all defendants being named):

| | |
|---|---|
| Defendant 1 | 3M COMPANY, f/k/a Minnesota Mining and Manufacturing Company |
| Defendant 2 | AGC CHEMICALS AMERICAS INC. |
| Defendant 3 | AMEREX |
| Defendant 4 | ARCHROMA U.S. INC. |
| Defendant 5 | ARKEMA INC. |
| Defendant 6 | BASF CORPORATION |
| Defendant 7 | BUCKEYE FIRE EQUIPMENT COMPANY |
| Defendant 8 | CARRIER GLOBAL CORPORATION |
| Defendant 9 | CHEMDESIGN PRODUCTS, INC. |
| Defendant 10 | CHEMGUARD, INC. |
| Defendant 11 | CLARIANT CORPORATION, individually and as successor in interest to Sandoz Chemical Corporation |
| Defendant 12 | CORTEVA, INC., individually and as successor in interest to DuPont Chemical Solutions Enterprise |
| Defendant 13 | DUPONT DE NEMOURS INC., f/k/a DOWDUPONT, INC. |
| Defendant 14 | DYNAX CORPORATION |
| Defendant 15 | E.I. DUPONT DE NEMOURS AND COMPANY, individually and as successor in interest to DuPont Chemical Solutions Enterprise |
| Defendant 16 | NATIONAL FOAM, INC. |
| Defendant 17 | THE CHEMOURS COMPANY, individually and as successor in interest to DuPont Chemical Solutions Enterprise |
| Defendant 18 | THE CHEMOURS COMPANY FC, LLC, individually and as successor in interest to DuPont Chemical Solutions Enterprise |
| Defendant 19 | TYCO FIRE PRODUCTS L.P. |
| Defendant 20 | UTC FIRE & SECURITY AMERICAS CORPORATION, INC. |
| Defendant 21 | |
| Defendant 22 | |
| Defendant 23 | |
| Defendant 24 | |

| Defendant 25 | |
|---|---|
| Defendant 26 | |
| Defendant 27 | |
| Defendant 28 | |
| Defendant 29 | |
| Defendant 30 | |

## Jurisdiction and Venue

4. Plaintiff alleges jurisdiction based on:

☐ Diversity

☐ Federal Question

☒ The "Mass Action" provisions of the Class Action Fairness Act ("CAFA"), which include the requirements under 28 U.S.C. § 1332(d)(11)

☐ Other: _____.

5. Plaintiffs designate the District Courts indicated on Exhibit A as the "Home Venue" defined as the proper venues of origin where the claim(s) could have overwise been brought pursuant to 28 U.S.C. § 1391.

## Plaintiff's Allegations of Exposure

6. Plaintiffs allege exposure to PFAS, as described in Exhibit A, as a result of:

- Direct exposure to AFFF (i.e. use or handling of AFFF); and/or

- Exposure to drinking water contaminated with PFAS as a result of AFFF; and/or

- Exposure to turnout gear ("TOG") containing PFAS.

The specific exposure alleged by each plaintiff is indicated in Exhibit A.

## Plaintiff's Alleged Injuries

7. Plaintiffs allege one more of the following personal injuries as described in Exhibit A:

Kidney Cancer
Testicular Cancer

> Thyroid Disease
> Ulcerative Colitis
> Liver Cancer
> Thyroid Cancer

8. Plaintiffs have not described or alleged secondary injuries, damages, or sequela of the injuries alleged above. Plaintiffs reserve the right to seek damages for all such secondary injuries, damages, or sequela attributable to the injuries alleged above.

## **Causes of Action**

9. The specific causes of action Plaintiff(s) can adopt(s) and incorporate(s) by reference as if set forth fully herein, are the following Causes of Action, of which each Plaintiff on Exhibit A adopts and alleges such Causes as indicated on Exhibit A:

> Count I – Defective Design
> Count II – Failure to Warn
> Count III – Negligence
> Count IV – Negligence Per Se
> Count V – Trespass and Battery
> Count VI – Strict Product Liability
> Count VII – Market Share Liability, Alternative Liability, Concert of Action, and Enterprise Liability
> Count VIII – Concealment, Misrepresentation, and Fraud
> Count IX – Conspiracy
> Count X – Wrongful Death
> Count XI – Loss of Consortium
>
> Other Causes of Action:
> Count XII – Negligent, Intentional, and Reckless Infliction of Emotional Distress
> Count XIII – _____
> Count XIV – _____
> Count XV – _____
> Count XVI – _____
> Count XVII – _____
> Count XVIII – _____
> Count XIX – _____
> Count XX – _____
> Others

_____

_____

## Jury Demand

10. Plaintiffs demand a trial by jury as to all claims in this action.


Date: August 27, 2025

Respectfully Submitted,


_/s/ James Bilsborrow___
James Bilsborrow
Weitz & Luxenberg, PC
700 Broadway
New York, NY 10003
Tel: (212) 558-5500
jbilsborrow@weitzlux.com

*Attorney for Plaintiffs*

**Exhibit A to Short Form Complaint in *In re: Aqueous Film-Forming Foams Products Liability Litigation*, MDL 2873[1]**

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"*[2] | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 1. | Perez, Luciano | 1/7/1964 | Texas | Southern District of Texas (S.D. Tex.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 2. | Perez, Marcello | 8/30/1983 | Texas | Western District of Texas: Austin Division (W.D. Tex.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 3. | Perez, Marcelo | 9/2/1975 | Texas | Northern District of Texas: Dallas Division (N.D. Tex.) | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 4. | Pergola, Gina | 1/20/1967 | New York | Eastern District of New York (E.D.N.Y.) | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 5. | Permer, Richard | 1/17/1952 | New Jersey | New Jersey: Trenton Division (D.N.J.) | No | Yes | No | Liver Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 6. | Perrone, Salvatore | 7/6/1958 | Florida | Middle District of Florida: Tampa Division (M.D. Fla.) | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 7. | Perry, Andrew | 5/26/1967 | Ohio | Southern District of Ohio: Eastern Division (S.D. Ohio) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 8. | Perry, Laura | 9/18/1994 | California | Central District of California: Western Division (C.D. Cal.) | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 9. | Perry Jr, Kenneth | 7/30/1972 | California | Northern District of California: San Jose Division (N.D. Cal.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |

[1] Plaintiffs must be listed alphabetically by last name first, then first name. For example: Doe, John.

[2] No more than 150 plaintiffs may be listed. A spousal plaintiff with a loss of consortium claim is considered and will count as a separate plaintiff for this purpose, and the spouse should be listed beneath the plaintiff whose alleged injury gives rise to the spouse's claim/s.

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"[2]* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 10. | Person, Renee | 2/10/1985 | Maryland | Maryland: Baltimore Division (D. Md.) | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 11. | Peternell, Michael | 10/9/1979 | California | Central District of California: Southern Division (C.D. Cal.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 12. | Peters, Marc | 7/1/1953 | Pennsylvania | Western District of Pennsylvania (W.D. Pa.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 13. | Peters, Robert | 10/17/1957 | Iowa | Southern District of Iowa: Eastern Division (S.D. Iowa) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 14. | Peterson, Diana | 10/3/1963 | Alabama | Northern District of Alabama: Northeastern Division (N.D. Ala.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 15. | Peterson, Josh | 6/7/1983 | Mississippi | Southern District of Mississippi (S.D. Miss.) | No | Yes | No | Testicular Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 16. | Peterson, Terry | 1/8/1946 | Florida | Middle District of Florida: Tampa Division (M.D. Fla.) | No | Yes | No | Liver Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 17. | Pethers, Christy | 7/11/1981 | Wisconsin | Western District of Wisconsin (W.D. Wis.) | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 18. | Pethers, Diane | 11/25/1959 | South Carolina | South Carolina: Anderson Division (D.S.C.) | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 19. | Petracco, Vincent | 5/14/1997 | New Jersey | New Jersey: Newark Division (D.N.J.) | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 20. | Petrich, Samantha | 1/19/1971 | Texas | Northern District of Texas: Dallas Division (N.D. Tex.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 21. | Phair, Cody | 12/28/1992 | Maine | Maine (D. Me.) | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"[2]* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 22. | Phelps, Tracy | 7/26/1967 | Tennessee | Middle District of Tennessee: Nashville Division (M.D. Tenn.) | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 23. | Phillips, Winston | 3/10/1971 | Connecticut | Connecticut (D. Conn.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 24. | Pierce, Austin | 3/29/1994 | Florida | Southern District of Florida (S.D. Fla) | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 25. | Pierce, Carolyn | 5/21/1947 | Kentucky | Eastern District of Kentucky (E.D. Ky.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 26. | Pierce, Kimberly | 8/17/1980 | Arizona | Arizona: Phoenix Division (D. Ariz.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 27. | Pierce, Toshi | 10/26/1994 | Connecticut | Connecticut (D. Conn.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 28. | Pierre, Gaspard | 4/23/1996 | Florida | Southern District of Florida (S.D. Fla) | No | Yes | No | Testicular Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 29. | Pierson, Kala | 9/1/1977 | New York | Southern District of New York (S.D.N.Y.) | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 30. | Pike, Susan | 10/4/1957 | California | Central District of California: Eastern Division (C.D. Cal.) | No | Yes | No | Liver Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 31. | Pimentel, Mary Jane | 11/29/1948 | Texas | Western District of Texas: San Antonio Division (W.D. Tex.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 32. | Pina, Arthur | 12/7/1963 | Texas | Southern District of Texas: Victoria Division (S.D. Tex.) | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 33. | Pine, Kenneth | 7/30/1948 | Vermont | Vermont (D. Vt.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 34. | Pineda, Jesus | 3/24/1978 | Arizona | Arizona: Tucson Division (D. Ariz.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 35. | Pineda, Jose | 8/17/1948 | Florida | Middle District of Florida: Jacksonville | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"[2]* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| | | | | Division (M.D. Fla.) | | | | | |
| 36. | Pinkston, Isabelle | 8/30/1967 | California | Central District of California: Eastern Division (C.D. Cal.) | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 37. | Pinson, Denarius | 11/2/1987 | Mississippi | Northern District of Mississippi: Aberdeen Division (N.D. Miss.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 38. | Pintner, Gary | 11/1/1942 | California | Eastern District of California: Fresno Division (E.D. Cal.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 39. | Pipenbacher, Anton | 12/21/1994 | Connecticut | Connecticut (D. Conn.) | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 40. | Pitt, David | 4/28/1943 | California | Eastern District of California: Sacramento Division (E.D. Cal.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 41. | Pleasants, Steven | 8/3/1965 | North Carolina | Eastern District of North Carolina: Western Division (E.D.N.C.) | No | Yes | No | Kidney Cancer, Liver Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 42. | Plocharczyk, Mary | 7/30/1962 | Michigan | Eastern District of Michigan: Southern Division (E.D. Mich.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 43. | Plumleigh, Wendy | 4/3/1962 | California | Eastern District of California: Sacramento Division (E.D. Cal.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 44. | Plummer, John | 2/24/1988 | Pennsylvania | Eastern District of Pennsylvania (E.D. Pa.) | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 45. | Poggendorf, Jamie | 8/31/1974 | California | Northern District of California: San Francisco Division (N.D. Cal.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"²* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 46. | Pohmale, Shafiq | 1/1/1986 | California | Eastern District of California: Fresno Division (E.D. Cal.) | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 47. | Poindexter Jr., Clarence | 8/1/1949 | Texas | Northern District of Texas: Dallas Division (N.D. Tex.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 48. | Pokojski, Alice | 1/27/1964 | North Carolina | Middle District of North Carolina: Salisbury Division (M.D.N.C.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 49. | Pollard, Heidi | 8/22/1961 | New Jersey | New Jersey: Trenton Division (D.N.J.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 50. | Pollard, Michael | 10/19/1987 | Montana | Montana (D. Mont.) | No | Yes | No | Testicular Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 51. | Pollino, Jonathan | 7/26/1991 | New York | Eastern District of New York (E.D.N.Y.) | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 52. | Pollins, Bryant | 7/31/1977 | South Carolina | South Carolina: Charleston Division (D.S.C.) | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 53. | Pomer Jr, Bernardino | 3/25/1945 | South Carolina | South Carolina: Charleston Division (D.S.C.) | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 54. | Poole, Hillard | 6/15/1971 | Virginia | Eastern District of Virginia: Norfolk Division (E.D. Va.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 55. | Pope, William | 6/6/1965 | Washington | Western District of Washington (W.D. Wash.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 56. | Porebski, Henryk | 12/5/1953 | Washington | Western District of Washington (W.D. Wash.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 57. | Porretta, Byron | 3/17/1947 | Arizona | Arizona: Tucson Division (D. Ariz.) | No | Yes | No | Liver Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 58. | Porterfield, Reginald | 12/21/1969 | Michigan | Eastern District of Michigan: Northern Division (E.D. Mich.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"[2]* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 59. | Posey, Clinton | 7/30/1975 | Tennessee | Middle District of Tennessee: Columbia Division (M.D. Tenn.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 60. | Posey, Sharon | 4/19/1961 | North Carolina | Middle District of North Carolina: Salisbury Division (M.D.N.C.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 61. | Post, Christopher | 1/18/1984 | Tennessee | Eastern District of Tennessee: Southern Division (E.D. Tenn.) | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 62. | Potter, Richard | 11/22/1985 | Virginia | Eastern District of Virginia: Alexandria Division (E.D. Va.) | No | Yes | No | Testicular Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 63. | Poulin, Jessica | 5/9/1989 | Virginia | Eastern District of Virginia: Alexandria Division (E.D. Va.) | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 64. | Powell, Amanda | 12/20/1983 | Arkansas | Eastern District of Arkansas: Western Division (E.D. Ark.) | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 65. | Powell, David | 3/24/1955 | Arizona | Arizona: Tucson Division (D. Ariz.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 66. | Powell, Heather | 8/16/1978 | Tennessee | Eastern District of Tennessee: Southern Division (E.D. Tenn.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 67. | Powell, Jesse | 2/13/1986 | Florida | Middle District of Florida: Orlando Division (M.D. Fla.) | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 68. | Powell, Kenneth | 10/4/1948 | South Carolina | South Carolina: Florence Division (D.S.C.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 69. | Powell, Shannon | 11/14/1967 | Alabama | Northern District of Alabama: Middle Division (N.D. Ala.) | No | Yes | No | Kidney Cancer, Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"*[2] | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 70. | Prager, Howard | 6/24/1956 | Illinois | Northern District of Illinois: Eastern Division (N.D. Ill.) | No | Yes | No | Kidney Cancer, Testicular Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 71. | Pratt, Gene | 6/10/1968 | California | Northern District of California: San Jose Division (N.D. Cal.) | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 72. | Preciado, Jose | 8/13/1985 | California | Central District of California: Western Division (C.D. Cal.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 73. | Premo, Matthew | 5/20/1960 | Florida | Middle District of Florida: Orlando Division (M.D. Fla.) | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 74. | Prescott, Scott | 9/18/1968 | Florida | Southern District of Florida (S.D. Fla) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 75. | Presley, Dorothy | 9/5/1954 | Florida | Middle District of Florida: Tampa Division (M.D. Fla.) | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 76. | Preston, Melissa | 6/3/1965 | Florida | Middle District of Florida: Fort Myers Division (M.D. Fla.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 77. | Price, Randall | 1/15/1952 | Oklahoma | Western District of Oklahoma: Oklahoma City Division (W.D. Okla.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 78. | Priest, Dustin | 12/14/1991 | Michigan | Eastern District of Michigan: Southern Division (E.D. Mich.) | No | Yes | No | Testicular Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 79. | Priester, Lavonne | 11/7/1950 | Oregon | Oregon: Portland Division (D. Ore.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 80. | Pringle, Lemariah | 6/16/1971 | Texas | Northern District of Texas: Dallas Division (N.D. Tex.) | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |

| | Plaintiff Name (if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"[2] | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 81. | Pritchard, Ronald | 4/9/1947 | Arizona | Arizona: Phoenix Division (D. Ariz.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 82. | Propst, Nellie | 2/15/1966 | South Carolina | South Carolina: Greenville Division (D.S.C.) | No | Yes | No | Liver Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 83. | Pruett, Donna | 5/30/1951 | Texas | Southern District of Texas (S.D. Tex.) | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 84. | Pruneda, Raquel | 11/8/1955 | Texas | Southern District of Texas: Corpus Christi Division (S.D. Tex.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 85. | Pryhuber, Shawn | 5/26/1963 | New York | Western District of New York (W.D.N.Y.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 86. | Pryor, Rhonda | 12/11/1972 | Ohio | Northern District of Ohio: Eastern Division (N.D. Ohio) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 87. | Pugh, Maggie | 5/20/1966 | New York | Southern District of New York (S.D.N.Y.) | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 88. | Pulido, Jorge | 3/4/1962 | Florida | Southern District of Florida (S.D. Fla) | No | Yes | No | Liver Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 89. | Purvis, Tammy | 9/23/1962 | South Carolina | South Carolina: Charleston Division (D.S.C.) | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 90. | Pyles, Bruce | 8/17/1958 | South Carolina | South Carolina: Rock Hill Division (D.S.C.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 91. | Qayed, Cathy | 8/5/1961 | Tennessee | Middle District of Tennessee: Nashville Division (M.D. Tenn.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 92. | Quarto, Michael | 11/19/1972 | Florida | Middle District of Florida: Fort Myers Division (M.D. Fla.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 93. | Quartz, Wendy | 9/21/1963 | Ohio | Northern District of Ohio: Eastern Division (N.D. Ohio) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"[2]* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| 94. | Queen, Stephanie | 1/29/1978 | South Carolina | South Carolina: Anderson Division (D.S.C.) | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 95. | Quevedo, Luis | 9/10/1984 | California | Eastern District of California: Fresno Division (E.D. Cal.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 96. | Quibell, Genevieve | 11/15/1950 | New York | Eastern District of New York (E.D.N.Y.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 97. | Quinn, Lauren | 6/5/1968 | Rhode Island | Rhode Island (D.R.I.) | No | Yes | No | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 98. | Quinn, Seth | 4/23/1984 | Utah | Utah: Central Division (D. Utah) | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 99. | Quinn, Thomas | 11/27/1950 | Georgia | Southern District of Georgia: Dublin Division (S.D. Ga.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 100. | Quinn, William | 2/5/1995 | New Jersey | New Jersey: Camden Division (D.N.J.) | No | Yes | No | Testicular Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 101. | Quinnett, Dijana | 6/22/1983 | California | Eastern District of California: Sacramento Division (E.D. Cal.) | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 102. | Quinn-Murphy, Mary | 2/5/1982 | Pennsylvania | Eastern District of Pennsylvania (E.D. Pa.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 103. | Quinones Jr, Juan | 4/12/1967 | California | Southern District of California (S.D. Cal.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 104. | Quintana, Tamara | 6/16/1970 | California | Southern District of California (S.D. Cal.) | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 105. | Quintanilla, Miguel | 1/23/1981 | California | Central District of California: Western Division (C.D. Cal.) | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 106. | Raby, Michael | 9/27/1956 | Mississippi | Northern District of Mississippi: | No | Yes | No | Testicular Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"²* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| | | | | Aberdeen Division (N.D. Miss.) | | | | | |
| 107. | Radcliffe, Mary | 1/4/1960 | Texas | Southern District of Texas (S.D. Tex.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 108. | Radic, Aleksandar | 3/16/1990 | Tennessee | Middle District of Tennessee: Nashville Division (M.D. Tenn.) | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 109. | Rago, Rose | 2/25/1947 | New Jersey | New Jersey: Trenton Division (D.N.J.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 110. | Raines, Christopher | 12/16/1970 | Virginia | Western District of Virginia: Abingdon Division (W.D. Va.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 111. | Rainieri, Tony | 8/29/1959 | Ohio | Northern District of Ohio: Eastern Division (N.D. Ohio) | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 112. | Rakanovic, Mark | 10/23/1997 | Texas | Northern District of Texas: Dallas Division (N.D. Tex.) | No | Yes | No | Testicular Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 113. | Rakich, Melissa | 10/24/1969 | Ohio | Northern District of Ohio: Eastern Division (N.D. Ohio) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 114. | Rameriez, Criselda | 12/17/1968 | Texas | Northern District of Texas: Fort Worth Division (N.D. Tex.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 115. | Ramirez, Alex | 4/25/1962 | Arizona | Arizona: Tucson Division (D. Ariz.) | No | Yes | No | Liver Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 116. | Ramirez, Jack | 12/22/1988 | Arizona | Arizona: Phoenix Division (D. Ariz.) | No | Yes | No | Testicular Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 117. | Ramirez, Rachele | 1/11/1975 | South Carolina | South Carolina: Anderson Division (D.S.C.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 118. | Ramirez, Zeni | 6/19/1981 | California | Eastern District of California: Fresno | No | Yes | No | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |

| | Plaintiff Name (if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"[2] | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| | | | | Division (E.D. Cal.) | | | | | |
| 119. | Ramos, Christian | 9/25/1999 | California | Central District of California: Southern Division (C.D. Cal.) | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 120. | Ramos, Jorge | 5/3/1994 | California | Central District of California: Western Division (C.D. Cal.) | No | Yes | No | Testicular Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 121. | Ramos, Justin | 6/17/1983 | Texas | Northern District of Texas: Fort Worth Division (N.D. Tex.) | No | Yes | No | Testicular Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 122. | Ramos, Liliana | 4/16/1962 | Texas | Western District of Texas: San Antonio Division (W.D. Tex.) | No | Yes | No | Liver Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 123. | Ranalli Jr, Michael | 4/9/1994 | Ohio | Northern District of Ohio: Eastern Division (N.D. Ohio) | No | Yes | No | Testicular Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 124. | Randolph, Leslie | 12/2/1966 | Texas | Eastern District of Texas: Sherman Division (E.D. Tex.) | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 125. | Rankin, Marc | 2/4/1969 | Ohio | Northern District of Ohio: Eastern Division (N.D. Ohio) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 126. | Rankins, Wanda | 7/6/1955 | Florida | Northern District of Florida: Pensacola Division (N.D. Fla.) | No | Yes | No | Liver Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 127. | Ransom, Jessica | 8/5/1990 | Georgia | Northern District of Georgia: Atlanta Division (N.D. Ga.) | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 128. | Rapp, Alexandra | 7/10/2002 | Kentucky | Western District of Kentucky: | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"[2]* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| | | | | Louisville Division (W.D. Ky.) | | | | | |
| 129. | Rather, Carolyn | 5/15/1952 | Mississippi | Southern District of Mississippi (S.D. Miss.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 130. | Ravenell, Timothy | 3/12/1973 | South Carolina | South Carolina: Orangeburg Division (D.S.C.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 131. | Ray, Ira | 8/31/1959 | Tennessee | Eastern District of Tennessee: Southern Division (E.D. Tenn.) | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 132. | Rayher, John | 9/22/1946 | New York | Eastern District of New York (E.D.N.Y.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 133. | Read, Wesley | 3/8/1990 | Arizona | Arizona: Phoneix Division (D. Ariz.) | No | Yes | No | Testicular Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 134. | Rebal Jr., Thomas | 1/24/1955 | New Hampshire | New Hampshire (D.N.H.) | No | Yes | No | Testicular Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 135. | Recio, Flor | 2/22/1971 | Texas | Western District of Texas: El Paso Division (W.D. Tex.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 136. | Redden Sr, Randy | 5/4/1962 | Tennessee | Eastern District of Tennessee: Southern Division (E.D. Tenn.) | No | Yes | No | Liver Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 137. | Reddick, Jeremy | 3/30/1987 | North Carolina | Eastern District of North Carolina: Western Division (E.D.N.C.) | No | Yes | No | Testicular Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 138. | Reese, Stevie | 3/31/1994 | California | Central District of California: Western Division (C.D. Cal.) | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 139. | Reeves, Steven | 9/17/1946 | Washington | Western District of Washington (W.D. Wash.) | No | Yes | No | Kidney Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 140. | Reifel, Beandon | 4/20/1982 | Texas | Western District of Texas: San Antonio | No | Yes | No | Testicular Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |

| | Plaintiff Name *(if injured party is deceased or incapacitated, style as "Plaintiff Name o/b/o Injured/deceased Party Plaintiff Name"[2]* | DOB (of injured party) | State of Residence | Home venue (per ¶ 5) | Direct Exposure to AFFF (per ¶ 6) | Exposure to Contaminated Drinking Water | Firefighter Turnout Gear | Alleged Injury/ies (per ¶ 7) (only include: kidney cancer; testicular cancer; thyroid disease; ulcerative colitis; liver cancer; and/or thyroid cancer) | Causes of Action (please indicate via Count number) (per ¶ 9) |
|---|---|---|---|---|---|---|---|---|---|
| | | | | Division (W.D. Tex.) | | | | | |
| 141. | Rembert, Kiwanis | 5/13/1975 | Georgia | Northern District of Georgia: Atlanta Division (N.D. Ga.) | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 142. | Rementer, Albert | 10/30/1970 | Florida | Middle District of Florida: Tampa Division (M.D. Fla.) | No | Yes | No | Thyroid Cancer | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 143. | Renkert, Jonathan | 5/3/1991 | Washington | Western District of Washington (W.D. Wash.) | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 144. | Reyes, Annette | 6/30/1965 | Florida | Middle District of Florida: Tampa Division (M.D. Fla.) | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 145. | Reyna, Martika | 2/15/1990 | Michigan | Eastern District of Michigan: Southern Division (E.D. Mich.) | No | Yes | No | Ulcerative Colitis | I, II, III, IV, V, VI, VII, VIII, IX, XII |
| 146. | | | | | | | | | |
| 147. | | | | | | | | | |
| 148. | | | | | | | | | |
| 149. | | | | | | | | | |
| 150. | | | | | | | | | |